IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JAMES DAVID SAMORA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 2:14-CV-0264 |
| § | |
| CAROLYN W. COLVIN, § | |
| Acting Commissioner, § | |
| Social Security Administration, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION
## and ORDER OF DISMISSAL

Plaintiff has filed suit against the Acting Commissioner of the Social Security Administration challenging the recovery of a supplemental security income overpayment of $10,842.00. The United States Magistrate Judge entered a Report and Recommendation on July 27, 2016, recommending dismissal of the instant cause for want of jurisdiction.

On August 8, 2016, plaintiff filed his Objections.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation, as well as the objections submitted by plaintiff.

The Court is of the opinion that plaintiff's objections should be OVERRULED and the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does OVERRULE plaintiff's objections, and does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the instant cause is DISMISSED FOR WANT OF JURISDICTION.

LET JUDGMENT BE ENTERED ACCORDINGLY.

It is SO ORDERED.

Signed this the _____22nd_____ day of August, 2016.

_____
MARY LOU ROBINSON
United States District Judge